EUGENE G. IREDALE: SBN 75292
JULIA YOO:  SBN 231163
GRACE JUN, SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

R. STAN MORRIS
CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, AL 35976

Attorneys for Plaintiffs, the Estate of Bernard Victorianne, Bernard Victorianne II, and Zelda Victorianne

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SAN DIEGO, WILLIAM GORE, and DOES 1 - 50, <br><br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 14-cv-02170-WQH-BLM <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER APPOINTING ZELDA VICTORIANNE AS SUCCESSOR IN INTEREST TO THE ESTATE OF BERNARD VICTORIANNE** |

COME NOW Plaintiffs the Estate of Bernard Victorianne, Bernard

Victorianne II, and Zelda Victorianne, by and through their attorneys of record,  to

move this Court for an order appointing Plaintiff Zelda Victorianne as the

successor in interest to the Estate of Bernard Victorianne.  This motion is made pursuant to Cal. Civ. Pro. § 377.30, Fed. R. Civ. P. 17(b), and controlling Ninth Circuit law.

In actions pursuant to 42 U.S.C. § 1983, "the survivors of an individual killed as a result of an officer's excessive use of force may assert a Fourth Amendment claim on that individual's behalf if the relevant state's law authorizes a survival action.  The party seeking to bring a survival action bears the burden of demonstrating that a particular state's law authorizes a survival action and that the plaintiff meets that state's requirements for bringing a survival action." *Moreland v. Las Vegas Metro. Police Dep't*, 159 F.3d 365, 369 (9th Cir. 1998)(internal citations omitted).  *See also* Fed. R. Civ. P 17(b) ("capacity to sue or be sued shall be determined by the law of the state in which the district court is held.").

Under California law, only a decedent's personal representative or successor in interest may bring an action on the decedent's behalf.  Cal. Civ. Proc.  §377.30. "[S]uccessor in interest" is defined as "the beneficiary of the decedent's estate or other successor in interest who succeeds to a cause of action or to a particular item of the property that is the subject of a cause of action."  Cal. Cal. Civ. Proc.§ 377.11.

California law requires a plaintiff who commences a survival action (as opposed to a wrongful death action under Cal.Code Civ. Pro. 377.60) as a

decedent's "successor in interest" to "execute and file an affidavit or declaration under penalty of perjury, stating: (1) the decedent's name; (2) the date and place of decedent's death; (3) that no proceedings are pending in California for the administration of the decedent's estate; (4) either that the declarant is the decedent's successor in interest or is authorized to act on behalf of the decedent's successor in interest; and (5) that no other person has a superior right to commence the action or proceeding for the decedent." Dillard v. Curtis, 2004 WL 2496130, *7 (N.D.Cal. Nov.32004) (discussing Cal. Civ. Proc. § 377.32(a), (b)). A certified copy of the death certificate must be attached, and, "if the decedent's estate was administered, a copy of the final order showing distribution of the decedent's cause of action to the successor in interest" must also be attached.  Cal. Civ. Proc.§ 377.32(a)(4), (c). "Although Civil Procedure Code 377.32 is a rule of California (not federal) procedure, it seems to set a minimum threshold below which a person claiming to be a 'successor in interest' should not be permitted to slip...."  Garcia v. Adams, 2006 WL 403838, * 11 (E.D.Cal. Feb.17, 2006).

Zelda Victorianne's signed declaration pursuant to Cal. Civ. Proc. § 377.32 and the autopsy report by the San Diego County Medical Examiner's Office are attached hereto in support of the instant motion.  Because Bernard Victorianne's estate was not administered, a final order showing the distribution is not required.

Plaintiffs respectfully request that Zelda Victorianne be appointed as the successor in interest to the Estate of Bernard Victorianne.

Respectfully submitted,

Dated: September 25, 2014          s/ Julia Yoo

EUGENE G. IREDALE
JULIA YOO
GRACE JUN
*Attorneys for PLAINTIFFS*