# EXHIBIT A

I, ZELDA VICTORIANNE, declare as follows:

1. I am over the age of eighteen and I reside in Costa Mesa, California. If called to testify to the matters set forth herein, I could and would testify to these matters based on my own personal knowledge.

2. The decedent is my son Bernard Victorianne.

3. Bernard Victorianne died in the city and county of San Diego, California, on September 19, 2012.

4. No proceeding is now pending in California for administration of the decedent's estate.

5. A copy of the death certificate is attached hereto as Exhibit 1.

6. Your declarant is the decedent's successor in interest and succeeds to the decedent's interest in this action.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 9th day of September 2014 in San Diego, California.

_____
ZELDA VICTORIANNE