# EXHIBIT B



# County of San Diego

GLENN N. WAGNER, D.O.
CHIEF MEDICAL EXAMINER

OFFICE OF THE MEDICAL EXAMINER
5570 OVERLAND AVE., SUITE 101, SAN DIEGO, CALIFORNIA 92123-1206
TEL: (858) 694-2895  FAX: (858) 495-5956

JONATHAN R. LUCAS, M.D.
CHIEF DEPUTY MEDICAL EXAMINER

## AUTOPSY REPORT

| | | | |
|---|---|---|---|
| **Name:** | BERNARD J. VICTORIANNE | **ME#:** | 12-2031 |
| **Place of death:** | San Diego Jail, 1173 Front Street, San Diego, CA 92112 | **Age:** | 28 Years |
| | | **Sex:** | Male |
| **Date of death:** | Found, September 19, 2012; 0710 Hours | | |
| **Date of autopsy:** | September 20, 2012; 0930 Hours | | |

**CAUSE OF DEATH:**   METHAMPHETAMINE TOXICITY

**MANNER OF DEATH:**   ACCIDENT

### AUTOPSY SUMMARY:

I. Methamphetamine toxicity (peripheral blood methamphetamine concentration 0.75 mg/L and amphetamine concentration 0.18 mg/L; see accompanying toxicology report).

II. Decedent was incarcerated at the time of death, with clinical history of suspected body stuffing during his arrest (approximately one week prior to death).

III. Empty plastic baggie identified within stomach at postmortem examination.

IV. No evidence of significant natural disease identified on postmortem examination.

AUTOPSY REPORT                          -2-                BERNARD J. VICTORIANNE 12-2031

OPINION: According to the Investigator's Report, this 28-year-old man had a known history of illicit drug and ethanol abuse. He was arrested on 9/12/12, and was originally admitted directly to the hospital due to alcohol intoxication. He was also suspected to have swallowed a bindle of unknown illicit drugs. After observation in the hospital, he was released on 9/13/12 to the San Diego County Jail. He was last seen alive during the early evening hours on 9/18/12. On 9/19/2012 at approximately 0430 hours, guards took his breakfast into his cell and noted that he was lying on the floor nude. At approximately 0658 hours, the guards began their morning checks. One of the guards became suspicious upon observing that the decedent was still in the same position on the floor. Additional deputies, nursing staff and paramedics were summoned for assistance. Death was confirmed due to obvious rigor mortis. There was no evidence of recent trauma. Examination of the scene revealed no evidence of alcohol, illicit drugs, suicide-type notes, or weapons present in the small cell. There was no evidence of recent needle puncture sites or track marks on the extremities.

Autopsy examination revealed a normally developed adult man with no evidence of significant natural disease and no significant recent injuries noted. No puncture marks were noted on the body. A small plastic baggie was present in the stomach, one end of this was tied in a knot and the other end was broken widely open. There were scant green-brown liquid contents (similar to the remainder of the gastric contents) coating the surfaces of the baggie. Toxicological testing of peripheral blood revealed presence of methamphetamine (0.75 mg/L) and amphetamine (0.18 mg/L). Also present were cannabinoids and diphenhydramine (0.13 mg/L); 'bath salts' were not detected.

Based on the information available at the time of this report, including the autopsy findings and results of ancillary testing, the cause of death is methamphetamine toxicity, and the manner of death is classified as accident.

JACQUELYN MORHAIME, M.D.
Deputy Medical Examiner
Date signed: 11/28/12

AUTOPSY REPORT                    -3-           BERNARD J. VICTORIANNE 12-2031

**IDENTIFICATION**: The body is identified by two Medical Examiner's identification bands on the right ankle, bearing the decedent's name and case number.

**WITNESSES**: Assisting is Forensic Autopsy Specialist Cathy Reyes. There are no outside observers.

**CLOTHING**: The body is unclad when initially viewed. A separate bag of clothing accompanies the body and contains a gray blanket.

**EVIDENCE OF MEDICAL THERAPY**: None.

**POSTMORTEM CHANGES**: The body is well preserved and has not been embalmed. There is slight rigor mortis of the upper and lower extremities, neck, and jaw. Lividity is faintly visible over anterior surfaces of the body, where it is pink and blanches with pressure; slightly more prominent lividity is visible over the posterior aspect of the body, where it is also pink and blanches with pressure. The body is cool.

## EXTERNAL EXAMINATION

The body is that of a normally developed, well-nourished, average-framed, 71-1/2 inch, 177 pound man whose appearance is consistent with the given age of 28 years.

The scalp hair is curled, black and short. The mustache and beard hair is short. The nose and facial bones are intact on palpation. The ears are normally formed and without drainage. There is a single piercing site at each earlobe. The eyes have brown irides and the conjunctivae are without hemorrhage, petechiae, or jaundice. The nose is normally formed, and the nares are clean and unobstructed. The oral cavity has natural teeth in good repair and an atraumatic mucosa.

The neck is symmetrical and without injury.

The chest is normally formed, symmetrical, and without palpable masses. The abdomen is flat and soft. The surface of the back is free of lesions. There are striae noted on the skin of the anterior shoulders, hips, and thighs.

The arms are normally formed. There is a faint, 2-1/4 inch, well-healed scar at the ventral right forearm and a 1/4 inch focus of very slight pink erythema at the radial aspect of the right wrist. No needle punctures, track marks, or ventral wrist scars are noted. There are very few well-healed irregular scars (measuring up to 1/4 inch in greatest dimension) scattered over both upper extremities. The fingernails are short and unremarkable.

The legs are normally formed and have no edema, amputations, or deformity. There is a 2 inch focus of slight pink erythema (with central 1/8 inch crust) on the right knee; 1/4 inch

AUTOPSY REPORT -4- BERNARD J. VICTORIANNE 12-2031

focus of erythema on the dorsum of the right foot; and 4 inch area of erythema (with two foci of drying measuring up to 1/2 inch in greatest dimension) on the left knee. There are few additional faint well-healed scars (up to 1/4 inch in greatest dimension) scattered over all surfaces of the lower extremities. The toenails are up to 1/8 inch in length past the nailbeds and have focal thickening and opacification.

The external genitalia are those of a normal adult man, with both testes palpable in the scrotum.

TATTOOS:
1. 3 inch monochromatic professional tattoo, right lateral aspect of neck, music symbol.
2. Tattoo sleeve covering entire right arm (measuring up to approximately 18 inches in greatest dimension), monochromatic, professional, religious imagery.
3. 6 inch monochromatic professional tattoo, left pectoral chest, two portrait-type faces.
4. 9 inch monochromatic professional tattoo, lateral aspect of left arm, scorpion.

## EXTERNAL INJURIES

No significant external injuries are seen.

## INTERNAL EXAMINATION

BODY CAVITIES: The organs are in their normal situs. The pleural and peritoneal cavities contain physiologic amounts of tan serous fluid. There are no hemorrhages or significant adhesions within body cavities.

CARDIOVASCULAR SYSTEM: The heart weighs 390 grams and has a normal distribution of right dominant coronary arteries without significant atherosclerotic stenosis. The myocardium is red-brown, firm, and uniform without focal fibrosis, softening, or hyperemia. The ventricles are not dilated or hypertrophied. The right ventricle, left ventricle, and interventricular septum measure 0.4 cm, 1.5 cm, and 1.5 cm, respectively. The endocardium is intact, smooth, and glistening. The cardiac valve leaflets are of normal number, pliable, intact, and free of vegetations. The atrial and ventricular septa are free of defects. The aorta follows its usual course and has no significant atherosclerotic changes. There are no vascular anomalies or aneurysms. The vena cavae and pulmonary arteries are without thrombus or embolus.

RESPIRATORY SYSTEM: The right and left lungs weigh 370 and 450 grams, respectively, and have the usual lobation. The pleura are smooth and glistening; the lungs have a minimal amount of anthracotic pigment. The lungs are well expanded and crepitant. The parenchyma is dark red and exudes moderate amounts of fluid. The lungs

AUTOPSY REPORT                  -5-           BERNARD J. VICTORIANNE 12-2031

have no consolidation, hemorrhage, infarct, tumor, gross fibrosis, or enlargement of airspaces. The bronchi are unremarkable.

HEPATOBILIARY SYSTEM: The liver weighs 1450 grams. The intact capsule is smooth and glistening. The parenchyma is red-brown and uniform without mass, hemorrhage, yellow discoloration, or palpable fibrosis. The gallbladder contains an estimated 90 ml of bile and no stones. Its mucosa is uniform and the wall is not thickened.

The pancreas has a normal size, shape, and lobulated structure. The parenchyma is pink-tan, firm, and uniform.

HEMOLYMPHATIC SYSTEM: The spleen weighs 80 grams. The capsule is smooth and intact. The parenchyma is maroon, firm, and uniform. There is no enlargement of the lymph nodes in the neck, chest, or abdomen.

ENDOCRINE SYSTEM: The thyroid gland is not enlarged, and the lobes are symmetrical. The parenchyma is uniform, firm, and red-brown. The adrenal glands have the usual golden cortical ribbon and unremarkable medullae. The pituitary gland is unremarkable.

GASTROINTESTINAL SYSTEM: The esophagus and gastroesophageal junction are unremarkable. There is an approximately 6.0 cm thin-walled cyst located at the right side of the esophagus; this is opened to reveal tan-cream-colored mucoid contents. The walls are thin (less than 1 mm), uniform and without any areas of thickening or excrescence. The stomach contains approximately 30 ml of nondescript, brown liquid and an approximately 9 x 5 cm flattened baggy; one end of this is tied in a knot and the other end is broken widely open. There are scant green-brown liquid contents coating the surfaces of the baggy; the coating material is identical to the remainder of the nondescript gastric contents. The gastric and duodenal mucosae are intact and unremarkable. The small and large intestines are unremarkable. The small intestine contains scant green-brown liquid and the large intestine contains scant green-brown fecal material (this very focally appears to include scant leafy-appearing material in the region of the sigmoid colon). The appendix is present and unremarkable.

GENITOURINARY SYSTEM: The right and left kidneys weigh 80 and 70 grams, respectively, and have a normal shape and position. The cortical surfaces are smooth. The kidneys have the usual corticomedullary structure without tumors or cysts. The pelves and ureters are not dilated or thickened. The bladder contains approximately 5 ml of yellow urine. The mucosa is intact, and the bladder wall is not hypertrophied. The prostate gland is of average size and grossly unremarkable. The testes are not examined.

NECK: The cervical vertebrae, hyoid bone, tracheal and laryngeal cartilages, and paratracheal soft tissues are without trauma. The upper airway is patent. The tongue is unremarkable.

AUTOPSY REPORT                      -6-               BERNARD J. VICTORIANNE 12-2031

MUSCULOSKELETAL SYSTEM: The musculoskeletal system is well developed and free of deformity. There are no fractures of the clavicles, sternum, ribs, vertebrae, or pelvis. The ribs are not brittle. The skeletal muscle is dark red and firm.

HEAD: There are no markings externally visible on the scalp. Reflection of the scalp reveals an approximately 3/4 inch, very faint ovoid focus of scant soft tissue hemorrhage under the central frontal convexity region; the underlying skull is intact and unremarkable. The dura is intact, and there is no epidural or subdural hemorrhage.

CENTRAL NERVOUS SYSTEM: The unfixed brain weighs 1480 grams. The leptomeninges are glistening and transparent without underlying hemorrhage, exudate, or cortical contusions. The hemispheres are symmetrical and have a normal gyral pattern. There is no flattening of the gyri, narrowing of the sulci, midline shift, or evidence of herniation. The arteries at the base of brain have no atherosclerotic changes or aneurysms.

Sections through the cerebral hemispheres have a uniform, intact cortical ribbon and uniform white matter. The basal ganglia, thalami, hippocampi and other internal structures are symmetrical and without focal change. The ventricles are not enlarged, and the linings are smooth and glistening. Sections of the brainstem and cerebellum show an intact structure without focal lesions.

## SPECIMENS RETAINED

TOXICOLOGY: Samples of central and peripheral blood, vitreous humor, urine, and liver are retained for toxicology. Gastric contents, baggie from stomach, and leafy-appearing material from colon are also retained.

HISTOLOGY: Representative sections of organs and tissues are retained. Sections of the heart (2), lungs (5), liver (1), kidney (1), and brain (1) are submitted for histology.

Cassette summary:
Cassette 1:   right lung x 3
Cassette 2a:  left lung x 2
Cassette 2b:  liver x 1, kidney x 1
Cassette 3:   myocardium x 1, coronary artery x 1
Cassette 4:   brain x 1

PHOTOGRAPHS: Digital identification photographs, overall, and photographs of gastrointestinal tract findings are taken.

RADIOGRAPHS: None.

AUTOPSY REPORT                    -?-         BERNARD J. VICTORIANNE 12-2031

## MICROSCOPIC EXAMINATION

**HEART**: No diagnostically significant pathologic change.

**LUNGS**: Moderate pulmonary vascular congestion.

**LIVER**: Slight sinusoidal congestion.

**KIDNEY**: No diagnostically significant pathologic change.

**BRAIN**: No diagnostically significant pathologic change.


JM:lcb
D: 9/20/12    T: 9/24/12
Rev. 11/28/12 lcb



# County of San Diego

GLENN N. WAGNER, D.O.
CHIEF MEDICAL EXAMINER

JONATHAN R. LUCAS, M.D.
CHIEF DEPUTY MEDICAL EXAMINER

**OFFICE OF THE MEDICAL EXAMINER**
5570 Overland Ave., Ste. 101, San Diego, California 92123-1208
TEL: (858) 694-2895   FAX: (858) 495-5956

## TOXICOLOGY REPORT

Name: VICTORIANNE, Bernard J.
Medical Examiner Number: 12-02031
Date of Death: 09/19/2012
Time of Death: 07:10
Pathologist: Jacquelyn Morhaime, M.D.
Specimens Received: Central Blood, Gastric, Liver, Material from sigmoid, Peripheral Blood 1, Peripheral Blood 2, Urine, Vitreous
Date Specimens Received: 09/21/2012

| Test Name (Method of Analysis) | Specimen Tested | Result |
|---|---|---|
| **Alcohol Analysis (GC/FID-Headspace)** | Peripheral Blood 2 | |
| Alcohol (Ethanol) | | Not Detected |
| Acetone, Methanol, Isopropanol | | Not Detected |
| **Drugs of Abuse Screen (ELISA)** | Central Blood | |
| Cocaine metabolites | | Not Detected |
| Amphetamines | | Presumptive Positive |
| Opiates | | Not Detected |
| Benzodiazepines | | Not Detected |
| Fentanyl | | Not Detected |
| Cannabinoids | | Presumptive Positive |
| **Base Screen (GC/MS)** | Peripheral Blood 1 | |
| Diphenhydramine | | 0.13 mg/L |
| **Amphetamines (GC/MS)** | Peripheral Blood 1 | |
| Methamphetamine | | 0.75 mg/L |
| Amphetamine | | 0.18 mg/L |
| Ephedrine | | Not Detected |
| Pseudoephedrine | | Not Detected |
| MDA | | Not Detected |
| MDMA | | Not Detected |
| Phentermine | | Not Detected |
| Phenylephrine | | Not Detected |

End Results

**Comment:**

A confirmation test for the presumptive positive Cannabinoids result (ELISA) was not performed.

Approved and Signed:  _____          Reviewed: _____
11/02/2012              Iain M. McIntyre, Ph.D.                      Catherine E. Hamm
                        Forensic Toxicology Laboratory Manager       FTLS
                        (All Inquiries/Correspondence)

12-02031                                                                           Page 2 of 2

**Caution:** Please keep in mind that some individuals find the information in these reports disturbing.

GLENN N. WAGNER, D.O.
CHIEF MEDICAL EXAMINER

# County of San Diego
### OFFICE OF THE MEDICAL EXAMINER
5570 OVERLAND AVE., SUITE 101, SAN DIEGO, CALIFORNIA 92123-1208
TEL: (858) 694-2895   FAX: (858) 495-5956

## INVESTIGATIVE REPORT

11/21/2012

### CALL INFO
| | | | | |
|---|---|---|---|---|
| NAME OF DECEASED (LAST, FIRST MIDDLE): VICTORIANNE, Bernard J. | AKA: | HIO: ☐ | CASE NUMBER: 12-02031 | |
| INVESTIGATOR: James J. Ramirez | REPORTED BY: SDSO Detective | REPORTING AGENCY: San Diego Sheriff | | PREVIOUS WAIVE #: |
| CALL DATE AND TIME: 09/19/2012  0810 | ARRIVAL DATE AND TIME: 09/19/2012  1010 | | RETURN DATE AND TIME: 09/19/2012  1215 | |

### DECEDENT
| | | | | |
|---|---|---|---|---|
| DATE AND TIME OF DEATH: 09/19/2012  0710 | DATE OF BIRTH: 11/09/1983 | AGE: 28 Years | GENDER: Male | RACE: Black |
| RESIDENCE: 4367 36th Street San Diego, CA 92104 | | | COUNTY: San Diego | LAST SEEN ALIVE: |
| SOCIAL SECURITY NO.: 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 | CITIZENSHIP: USA | OCCUPATION: Salesman | | PAID AUTOPSY: ☐ |

### DEATH
| | |
|---|---|
| LOCATION OF DEATH: Found, Jail | TYPE OF PLACE: Other |
| ADDRESS: 1173 Front Street San Diego, CA 92112 | |

**SUMMARY:**
The decedent was a single 28-year-old Black male who was an inmate at the downtown San Diego Jail. On the early morning of 9/19/2012, jail guards found the decedent lying face down, cold to the touch and in rigor, in his private cell. SDSO detectives investigated the death and notified this office of the possible drug related death.

Medical Examiner's jurisdiction invoked according to the California Government Code 27491: Deaths in prison or while under sentence.

### INCIDENT
| | | | |
|---|---|---|---|
| LOCATION OF INCIDENT: Jail | | INCIDENT PLACE TYPE: | AT WORK ☐   AT RESIDENCE ☐ |
| ADDRESS: 1173 Front Street San Diego, CA 92112 | | COUNTY: San Diego | |
| DATE AND TIME OF INCIDENT: 09/--/2012  Unk | INVESTIGATING AGENCY: San Diego Sheriff | OFFICER: Detective Leslie Hall | BADGE #:    REPORT #: 12148564 |
| DECEDENT WAS: | BELTED: | HELMETED: ☐ Yes  ☐ No | POSITION:    ON PRIVATE PROPERTY: ☐ Yes ☐ No |
| VEHICLE: | | | LICENSE NUMBER:    STATE: |

### NOTIFICATION
| | | | |
|---|---|---|---|
| IDENTIFIED BY: Deputy Tiller | | METHOD: Visual | DATE AND TIME: 09/19/2012  0710 |
| FUNERAL HOME: Shannon-Bryan Mortuary | | PROPERTY: ☑ Yes ☐ No   PUBLIC ADMINISTRATOR: ☐ Yes ☑ No | TYPE OF EXAM: Autopsy |
| NAME OF NOK OR OTHER: Zelda Victorianne | RELATIONSHIP: Mother | DATE NOTIFIED: 9/22/2012 7:45:00 AM | NOTIFIED BY: Julio Estrada |
| NAME OF NOK OR OTHER: Nicole Darden | RELATIONSHIP: Friend | DATE NOTIFIED: 9/20/2012 | NOTIFIED BY: James J. Ramirez |
| NAME OF NOK OR OTHER: Zelda Victorianne | RELATIONSHIP: Mother | DATE NOTIFIED: | NOTIFIED BY: |

Page 1

## INVESTIGATIVE NARRATIVE

**Decedent:** Bernard J. Victorianne

### Antemortem Events:

On 09/19/2012, I obtained the following information in a personal interview with San Diego Sheriff's Department (SDSO) Detective Leslee Hall. Detective Hall stated that the decedent had previously been on probation for numerous drug violations. On 09/12/2012, the decedent was arrested by San Diego Police for a driving under the influence (DUI) at the address of the 3600 block of Fairmont Avenue in San Diego. The decedent was originally admitted directly to Alvarado Hospital for his alcohol intoxication and was thought to have swallowed a bindle of unknown illicit drugs. On 09/13/2012 at approximately 1338 hours, he was released to the San Diego County central Jail and placed in a sober cell. He remained very agitated and was later placed in regular housing in module 7A. He displayed behavioral issues and was later placed in a locked unit on the same day. He remained there until he was moved to module D02 on the 18th. He was scheduled for a professional hospital visit, but it was unknown if he attended. He was last seen alive at unknown time on early evening of 09/18/2012.

On 09/19/2012 at approximately 0430 hours, the guards took his morning breakfast into his cell. They were unsure if he was asleep, but noted that he was lying on the ground nude. At approximately 0658 hours the guards began their morning checks on the inmates and started with module A, B, C and then the D. One of the guards became suspicious when the decedent never returned to his bed. At approximately 0710 hours, he called for more deputies to help before they entered the room. Deputy Tiller ID 7075 entered the cell at approximately 0702 hours and confirmed death due to obvious signs of rigor in his lower extremities. He called for medical staff to assist him. Nurses arrived and felt no pulse on the decedent. They called 911 for emergency medical personnel to respond. Nursing staff tentatively confirmed death at approximately 0722 hours. Paramedics arrived and confirmed death again at 0759 hours. Jail deputies notified SDSO detectives of the death and detective Hall responded along with several other detectives and evidence technicians to the scene. They were informed of the decedent's history of past DUI's, drug possession and resisting or lying to police officers. They were also informed of his past probation violations and that he was on parole prior to being arrested. Detective Hall notified the Medical Examiner's Office of death, and secured the scene pending my arrival.

### Past Medical, Surgical, and Social History:

According to Detective Hall the decedent was evaluated while in jail and was placed in an administrative cell due to unspecified behavioral issues. He had no known medical diagnosis, but he was a known illicit drug user and alcoholic. He was originally admitted to Alvarado Hospital after he was arrested for a DUI on 09/12/2012. While in jail he was prescribed the following medications, Haldol twice-daily, Ativan twice-daily, and Benadryl once daily.

### Scene Description:

On 9/19/2012 at 1040 hours, Medical Examiner Chaplain Joe Davis and I viewed the scene of the 7th floor Module D in the downtown San Diego County central Jail. The pod had two levels of single occupant cells with several bolted down stainless steel tables and stools in the center lower level region. There were several detectives and deputies in various areas of the module. The decedent's cell, D02, door was open and a bed, sink and a table with the decedent's sack lunch and breakfast was on it. There was a soiled green blanket under the decedent's body. Detectives impounded a small empty single unknown blister medication on the floor prior to my arrival. There were no suicide type notes, illicit drugs, ligatures, alcohol or weapons found in his small cell,

**Body Description:**
We further viewed the nude decedent lying prone on the cell floor on top of a blanket. He was cool to the touch, in moderate rigor in his extremities and jaw, and had what appeared to be fixed lividity in his face and torso (due to the pigment of his skin). He had multiple tattoos on his arms. His right arm was wedged under his torso and his left arm was outstretched to the wall. There were no signs of trauma to his head, neck or chest upon palpation. There did not appear to be and IV needle track marks in her arms. He had dark brown purge emanating from his mouth and nose as we rolled him onto his back. His eyes were red and congested and I did not view any petechial hemorrhages or ligature marks on his neck.

On 9/19/2012 at 1110 hours, HS& B transport personnel Rick Hank and Jeremiah Garcia placed the decedent in a new clean white vinyl pouch with blue tamper evident seal 2139658 and transported him to the Medical Examiner's Office for further investigation.

**Special Requests:**
SDSO Detective Leslee Hall requested that we perform toxicology tests for bath salts. Deputies will not be attending the autopsy.

**Identification:**
The decedent was visually identified by SDSO jail guard Deputy Tiller.

**Tissue Donation:**
Tissue donation was not pursued.

**Antemortem Specimens:**
Not applicable.

**Public Administrator:**
This was not a Public Administrator's case.

**Other Important Factors:**
There were no other special requests.

11/15/2012

Signed: _____
James J. Ramirez
Medical Examiner Investigator

Approved by: _____

Page 3 of 3
12-02031