THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By RICKY R. SANCHEZ, Senior Deputy (SBN 107559)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4874
Fax: (619) 531-6005
E-mail: ricky.sanchez@sdcounty.ca.gov

Attorneys for Defendant County of San Diego and William Gore

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, and DOES 1 - 50,<br><br>    Defendants. | No. 14-cv-2170-WQH (BLM)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT<br><br>Date: December 15, 2014<br>Time: 11:00 a.m.<br>Courtroom: 14B (annex)<br>Hon. William Q. Hayes<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

PLEASE TAKE NOTICE that on December 15, 2014, at 11:00 a.m., or as soon thereafter as the matter may be heard, in courtroom 14B of the Honorable William Q. Hayes, United States District Judge, located at 333 W. Broadway, San Diego, California, Defendants County of San Diego and William Gore will move to dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure, rule 12(b)(6), and 12(b)(1) on grounds that the claims against the Sheriff in his official capacity are duplicative of those asserted against the County, and for lack of standing relative to any claim alleged on behalf of the estate of decedent Victorianne.

///

No. 14-cv-2170-WQH (BLM)

| | |
|---|---|
| 1 | The motion will be based upon this notice, the accompanying memorandum of |
| 2 | points and authorities, and upon all papers and pleadings on file in this action. |

DATED: November 7, 2014  THOMAS E. MONTGOMERY, County Counsel

By: /s/ RICKY R. SANCHEZ, Senior Deputy
Attorneys for Defendant County of San Diego and William Gore