UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, WILLIAM GORE, AND DOES 1-50, <br><br> Defendants. | Case No. 14CV2170-WQH(BLM) <br><br> **ORDER DIRECTING RULE 26 COMPLIANCE AND SETTING CASE MANAGEMENT CONFERENCE** |

On November 20, 2014, the Court held a telephonic Early Neutral Evaluation Conference (ENE) in the above-entitled action. Settlement of the case could not be reached during the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or before **December 4, 2014**;

3. A joint discovery plan shall be <u>lodged</u> with Magistrate Judge Barbara L. Major (via email address efile_major@casd.uscourts.gov) on or before **December 11, 2014**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-E) shall occur on or before **December 12, 2014**; and,

1       5.    A Case Management Conference pursuant to Rule 16(b) shall be held on **December 16, 2014** at **1:30 p.m.**, or as soon thereafter as the Court's calendar will allow, in the chambers of Magistrate Judge Major.  **Counsel shall appear telephonically.**  The Court will initiate the conference call.

     Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.  Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED:  November 20, 2014

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge