EUGENE G. IREDALE: SBN 75292
JULIA YOO:  SBN 231163
GRACE JUN, SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

R. STAN MORRIS
CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, AL 35976

Attorneys for Plaintiffs, the Estate of Bernard Victorianne, Bernard Victorianne II, and Zelda Victorianne

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(Hon. William Q. Hayes)**

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,<br><br>             Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, and DOES 1 - 50,<br><br>             Defendants. | CASE NO. 14-cv-02170-WQH-BLM<br><br>**PLAINTIFFS' *EX PARTE* MOTION TO HOLD DEFENDANTS' MOTION TO DISMISS AND TO STRIKE PARTS OF THE FIRST AMENDED COMPLAINT IN ABEYANCE** |

COME NOW Plaintiffs, by and through their attorneys of record, Iredale and Yoo, APC, to move this Court for an order holding Defendants' motion to dismiss and to strike portions of the first amended complaint (ECF no. 42) in abeyance pending resolution of the parties' discovery dispute and the filing of Plaintiffs' second amended complaint.

Defendants' motion to dismiss and strike is currently set for March 23, 2015. Pursuant to local rules, Plaintiffs' response is due on March 9, 2015. Currently pending before the court is the parties' discovery dispute regarding Defendants' objection to Plaintiffs' discovery requests on the basis of the "official information" privilege. (ECF no. 49). Due to the discovery dispute, Plaintiffs have been unable to ascertain the identity of Doe defendants and determine the particular conduct and actions, or failure to act, of each individual. (ECF no. 47). Plaintiffs will file a second amended complaint (SAC), which names additional parties and contains additional claims and allegations within seven days of the Court's order regarding the parties' discovery dispute. (ECF no. 48).

Plaintiffs' believe that the filing of their second amended complaint will moot Defendants' current motion to dismiss and strike the first amended complaint (ECF no. 42). (Decl. Grace Jun at ¶ 8). Resolution of the discovery dispute will yield information that will permit Plaintiffs to amend their first amended complaint (FAC) to address issues raised in Defendants' current motion to dismiss and strike. (*Id*. ¶¶ 3, 5). For example, Plaintiffs have sought to discover jail policies and procedures, which would enable Plaintiffs to make more specific allegations against Defendants Gore, Hall, and Does in their SAC. (*Id*.) Plaintiffs' counsel further believes that resolution of the pending discovery dispute will yield relevant information regarding County officials' failure to provide the Victorianne family with accurate information regarding the circumstances of Bernard's death. (*Id*. at ¶ 5). Such information would materially affect Plaintiffs' opposition to Defendants' current motion to dismiss Plaintiffs' tort claims for failure to timely file a

California government tort claim (Plaintiffs' tort claims are presently alleged in the FAC). (*Id*.) Plaintiffs have sought to discover additional information to supplement their complaint by way of deposition, but have not been able to depose critical witnesses because Defendants have failed to provide dates.

Defense counsel believes that Plaintiffs' SAC will not moot Defendants' current motion because it will not address the substance of Defendants' arguments. (*Id*. at ¶ 7) Thus, defense counsel opposes the instant motion. (*Id*.) Defense counsel has informed Plaintiffs' counsel that Defendants will file a motion to dismiss the SAC. (*Id*.) In the interest of judicial economy, Plaintiffs believe it will be most efficient if Plaintiffs file their second amended complaint, Defendants' file any responsive pleadings, including any 12(b)(6) motion, thereafter, and the Court resolves all disputes related to Plaintiffs' complaint in one instance. (*Id*. at 8-9)

Wherefore, Plaintiffs, respectfully request the Court to take Defendants' motion to dismiss and strike off calendar and hold such motion in abeyance until the resolution of the parties' discovery dispute and subsequent filing of Plaintiffs' second amended complaint.

Respectfully submitted,

IREDALE AND YOO, APC

Dated: March 5, 2015

s/ Grace Jun
EUGENE G. IREDALE
JULIA YOO
GRACE JUN
*Attorneys for PLAINTIFFS*