UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, WILLIAM GORE, LESLEE HALL, AND DOES 1-50, | Case No. 14CV2170- WQH (BLM) <br><br> **ORDER FOR RELEASE OF AUTOPSY PHOTOGRAPHS AND VIDEO RECORDING** <br><br> **[ECF No. 59]** |

On March 24, 2015, Plaintiffs filed an "*Ex Parte* Motion for Order For Release of Autopsy Photographs and Video Recording." ECF No. 59. Plaintiffs seek a Court Order permitting the release of photographs and video related to the autopsy of Mr. Bernard Victorianne. Id. at 2-3. In support, Plaintiffs state that in accordance with California Code of Civil Procedure § 129, the items they are seeking, which are relevant and material to their case, cannot be released to them without a Court order. Id. at 2. Plaintiffs state that they have served a subpoena on the San Diego County Medical Examiner's Office and provided the District Attorney's Office with a copy of the instant motion. Id. at 2.

On March 27, 2015, Defendants filed a Notice of Non-Opposition to "Plaintiffs' Ex Parte Motion." ECF No. 62. Defendants state that they do not oppose Plaintiffs' motion with the following restrictions:

> the material released to counsel for plaintiffs and defendants is for use only in these proceedings; access to the material is restricted to the parties' attorneys, attorneys'

staff, the parties' experts, and this Court; the material shall not be viewed by or accessible to plaintiffs Zelda Victorianne and Bernard Victorianne, II; and should any of said documentation need to be filed with the court, the filing should be under seal.

Id. at 1-2.

Good cause appearing, Plaintiffs' motion is **GRANTED** as follows:

1. The Office of the Medical Examiner, San Diego County is **ORDERED** to provide to counsel for the parties color copies of all autopsy photographs and any video recordings taken during the autopsy of decedent, Bernard Victorianne (DOB 11/09/1983, date of death 09/19/2012);

2. The parties are directed to maintain the confidentiality of the photographs and video recordings obtained and to allow such items to be accessed only by the attorneys in this case, the attorneys' staff, the parties' experts, and this Court;

3. The photographs and video recordings that are obtained may only be used in this case;

4. The photographs and video recordings that are obtained may not be viewed by or accessible to Plaintiffs Zelda and Bernard Victorianne, II; and

5. If any of the photographs or video recordings need to be filed with the Court, the party seeking to file such information must file a motion to have it filed under seal.

**IT IS SO ORDERED**.

DATED: April 1, 2015

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge