UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, WILLIAM GORE, LESLEE HALL, AND DOES 1-50, | Case No. 14CV2170- WQH (BLM) <br><br> **ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION** <br><br> **[ECF No. 58-3]** |

On March 20, 2015, the parties filed a joint motion requesting that the Court enter the parties' Protective Order. ECF No. 58-3. The Court has considered the Stipulated Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modification:

1. Paragraph 8 should read: "Document designated as Confidential shall not be filed with the Clerk of the Court except under seal in a manner consistent with such procedures provided by the court and/or as allowed by a court order. A sealing order may issue only upon a showing that the information is privileged or protectable under the law. The request must be narrowly tailored to seek sealing only of sealable material. To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2. In addition, in accordance with Judge Major's preferences, a party must file a 'public' version of any document that it seeks to file under seal.

1  In the public version, the party may redact only that information that is deemed 'Confidential.'
2  The party should file the redacted document(s) simultaneously with a joint motion or *ex parte*
3  application requesting that the confidential portions of the document(s) be filed under seal and
4  setting forth good cause for the request."
5      **IT IS SO ORDERED**.
6  DATED: April 17, 2015

*[signature]*
BARBARA L. MAJOR
United States Magistrate Judge