UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                    Defendants. | Case No. 14CV2170-WQH(BLM)<br><br>**ORDER DECLINING TO SET CASE MANAGEMENT CONFERENCE AND REQUIRING PARTIES TO CONTACT THE COURT WITHIN FIVE COURT DAYS OF A RULING ON ECF NO. 84** |

On June 1, 2015, District Judge William Q. Hayes issued an order granting "Plaintiffs' Second *Ex Parte* Motion to Amend the Complaint" [ECF No. 72]. ECF No. 81. Plaintiffs filed a Second Amended Complaint ("SAC") on June 2, 2015 adding numerous additional Defendants and claims. ECF No. 82. On June 16, 2015, the original Defendants, County of San Diego, William Gore, and Leslee Hall, filed a Motion to Dismiss and Strike Parts of the Second Amended Complaint. ECF No. 84. The newly named Defendants have not yet answered or otherwise responded to the SAC. See Docket. In accordance with this Court's May 8, 2015 order [ECF No. 71], Plaintiffs' counsel contacted the Chambers of Judge Major to inform the Court that Judge Hayes had ruled on Defendants' motion to dismiss [ECF No. 42] and Plaintiffs' motion to amend the pleadings [ECF No. 72].

In light of the pending Motion to Dismiss and Strike Parts of the Second Amended

Complaint, and the number of Defendants who have not answered or responded to the SAC, the Court declines to set a telephonic Case Management Conference ("CMC") at this time and **ORDERS** the parties to contact the Chambers of Judge Major within five (5) court days of Judge Hayes's ruling on the pending Motion to Dismiss and Strike Parts of the Second Amended Complaint [ECF No. 84].

**IT IS SO ORDERED**.

DATED: June 17, 2015

BARBARA L. MAJOR
United States Magistrate Judge