1  EUGENE G. IREDALE, SBN 75292
2  JULIA YOO, SBN 231163
   GRACE JUN, SBN 287973
3  IREDALE & YOO, APC
   105 West F Street, Fourth Floor
4  San Diego, CA 92101-6036
   TEL: (619) 233-1525   FAX: (619) 233-3221
5

6
                        UNITED STATES DISTRICT COURT
7                     THE SOUTHERN DISTRICT OF CALIFORNIA

8  THE ESTATE OF BERNARD              ) Case No. 14CV2170 WQH BLM
9  VICTORIANNE by and through its     )
   successor-in-interest ZELDA        ) **NOTICE OF WITHDRAWAL OF**
10 VICTORIANNE, BERNARD               ) **DOCKET NO. 87**
   VICTORIANNE III, and ZELDA         )
11 VICTORIANNE,                       )
                                      )
12         Plaintiffs,                )
                                      )
13 v.                                 )
                                      )
14 COUNTY OF SAN DIEGO, WILLIAM       )
15 GORE in his individual capacity,   )
   PATRICK GARDNER, an individual,    )
16 LESLEE HALL, an individual,        )
   EDMUNDO GARCIA, an individual,     )
17 LAUDENTE GALLEGOS, an              )
   individual, GUYNEMER ALMAZAN,      )
18 an individual, DEPUTY FLORES, an   )
19 individual, DEPUTY LIEN, an        )
   individual, KEITH RUSSELL, an      )
20 individual, ARTHUR AYALA, an       )
   individual, KENNETH RICHTER, an    )
21 individual, PETER HUANG, an        )
22 individual, ZVJEZDAN NUHIC, an     )
   individual, ELLEN GABEL, an        )
23 individual, AILEEN LONGNO, an      )
24 individual, REBECCA SIVILAY, an    )
   individual, CORAZON ROQUE, an      )
25 individual, DEBORAH BELL, an       )
   individual, BRUCE LEICHT, an       )
26 individual, EARL GOLDSTEIN, an     )
27 individual, and DOES 1 - 50,       )
                                      )
28         Defendants.                )
   _____      )

1 | Plaintiffs respectfully withdraw their Summons Returned Executed for
2 | Deborah Bell because of errors in the document.  Plaintiffs will file an corrected
3 | Summons Returned Executed.

5 | DATED:   June 29, 2015                    Respectfully submitted,

8 | /s/ *Julia Yoo*
JULIA YOO
Attorney for Plaintiffs

1