1  EUGENE G. IREDALE, SBN 75292
2  JULIA YOO, SBN 231163
   GRACE JUN, SBN 287973
3  IREDALE & YOO, APC
   105 West F Street, Fourth Floor
4  San Diego, CA 92101-6036
   TEL: (619) 233-1525   FAX: (619) 233-3221
5

6
                    UNITED STATES DISTRICT COURT
7                   THE SOUTHERN DISTRICT OF CALIFORNIA

8  THE ESTATE OF BERNARD                ) Case No. 14CV2170 WQH BLM
   VICTORIANNE by and through its       )
9  successor-in-interest ZELDA          ) **NOTICE OF WITHDRAWAL OF**
   VICTORIANNE, BERNARD                 ) **DOCKET NUMBERS 89 AND 90**
10 VICTORIANNE III, and ZELDA           )
   VICTORIANNE,                         )
11                                      )
12                                      )
             Plaintiffs,                )
13 v.                                   )
                                        )
14 COUNTY OF SAN DIEGO, WILLIAM         )
   GORE in his individual capacity,     )
15 PATRICK GARDNER, an individual,      )
   LESLEE HALL, an individual,          )
16 EDMUNDO GARCIA, an individual,       )
   LAUDENTE GALLEGOS, an                )
17 individual, GUYNEMER ALMAZAN,        )
   an individual, DEPUTY FLORES, an     )
18 individual, DEPUTY LIEN, an          )
   individual, KEITH RUSSELL, an        )
19 individual, ARTHUR AYALA, an         )
   individual, KENNETH RICHTER, an      )
20 individual, PETER HUANG, an          )
   individual, ZVJEZDAN NUHIC, an       )
21 individual, ELLEN GABEL, an          )
   individual, AILEEN LONGNO, an        )
22 individual, REBECCA SIVILAY, an      )
   individual, CORAZON ROQUE, an        )
23 individual, DEBORAH BELL, an         )
   individual, BRUCE LEICHT, an         )
24 individual, EARL GOLDSTEIN, an       )
   individual, and DOES 1 - 50,         )
25                                      )
26          Defendants.                 )
   _____ )
27
28

1  Plaintiffs respectfully withdraw their Summons Returned Executed for
2  Patrick Gardner and their Summons Returned Executed for Rebecca Sivilay
3  because the documents were scanned incorrectly.  Plaintiffs will file a correctly
4  scanned Summons Returned Executed for Patrick Gardner and a correctly scanned
5  Summons Returned Executed for Rebecca Sivilay.

7  DATED:  July 1, 2015             Respectfully submitted,

                                    /s/ *Julia Yoo*
                                    JULIA YOO
                                    Attorney for Plaintiffs