FILED

JUL 10 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ acc _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,

    Plaintiffs,

v.

COUNTY OF SAN DIEGO, WILLIAM GORE, in his individual capacity, LESLEE HALL, an individual *et al.*,

    Defendants.

CASE NO. 14-cv-02170-WQH-BLM

**ORDER RE: JOINT MOTION FOR CONTINUANCE OF HEARING DATE AND CORRESPONDING EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS**

Good cause appearing, **IT IS ORDERED** the parties' joint motion for a continuance of the hearing date and extension of time to file an opposition and reply brief is **GRANTED**.

Plaintiffs' opposition to Defendants' motion to dismiss and motion to strike parts of the SAC must be filed on or before **July 20, 2015**. Defendants' reply to Plaintiffs' opposition is due on or before **July 27, 2015**. he motion hearing date continued to **August 3, 2015**.

**IT IS SO ORDERED**

DATED  7/1·/(\

Hon. William Q. Hayes
United States District Court Judge