LOTZ, DOGGETT & RAWERS, LLP
JEFFREY S. DOGGETT, State Bar No. 147235
LAUREN E. HARDISTY, State Bar No. 258531
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone (619) 233-5565
Facsimile  (619) 233-5564

Attorneys for Defendant, ZVJEZDAN NUHIC, M.D.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest, ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, in his individual capacity; PATRICK GARDNER, an individual, LESLEE HALL, an individual, EDMUNDO GARCIA, an individual, LAUDENTE GALLEGOS, an individual, GUYNEMER ALMAZAN, an individual, DEPUTY FLORES, an individual, DEPUTY LIEN, an individual, KEITH RUSSELL, an individual, ARTHUR AYALA, an individual, KENNETH RICHTER, an individual PETER HUANG, an individual, ZVJEZDAN NUHIC, an individual, ELLEN GABEL, an individual, AILEEN LONGNO, an individual, REBECCA SIVILAY, an individual, CORAZON ROQUE, an individual, DEBORAH BELL, an individual, BRUCE LEICHT, an individual, EARL GOLDSTEIN, an individual, and DOES 1-50,<br><br>Defendants. | CASE NO.: 14-cv-2170-WQH (BLM)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Judge      :  Hon. William Q. Hayes<br>Courtroom  :  14B<br>Date       :  August 24, 2015<br><br>JURY TRIAL IS REQUESTED<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on August 24, 2015, before the Honorable William Q. Hayes, in Courtroom 14B of the United States Courthouse for the Southern District of California, 333 West Broadway, San Diego, California, Defendant Zvjezdan Nuhic, M.D. will and do hereby move the Court to dismiss Plaintiffs' First, Second, Third, Eighth and Ninth claims for relief in the Second Amended Complaint (EFC No. 82) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

As set forth in the Memorandum of Points and Authorities, there is good cause for the relief requested. By this motion, Defendant seeks an order from the Court dismissing Plaintiffs' First, Second, Third, Eighth and Ninth claims for relief with prejudice.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the pleadings and papers filed in this action; and such further argument and matters as may be offered at the time of the hearing of this Motion.

DATED: July 14, 2015                    LOTZ, DOGGETT & RAWERS, LLP

By: _____/s/_____
LAUREN E. HARDISTY, ESQ.
Attorneys for Defendant, ZVJEZDAN NUHIC, M.D.