EUGENE G. IREDALE: SBN 75292
JULIA YOO:  SBN 231163
GRACE JUN, SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

R. STAN MORRIS
CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, AL 35976

Attorneys for Plaintiffs, the Estate of Bernard Victorianne, Bernard Victorianne II, and Zelda Victorianne

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
**(Hon. William Q. Hayes)**

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,<br><br>            Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, *et al.*,<br><br>            Defendants. | CASE NO. 14-cv-02170-WQH-BLM<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR A SIXTY-DAY EXTENSION TO SERVE PROCESS ON DEFENDANT ELLEN GABEL** |

Plaintiffs THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE (herein after "Plaintiffs") pursuant to Rules 4(m) and 6(b)(1) of the Federal Rules of Civil Procedure, move for a 60-day extension of time to serve process on Defendant Ellen Gabel through November 30, 2015. In support of this Motion, the Plaintiffs state as follows:

Rule 4(m) permits a district court to grant an extension of time when the Plaintiff shows good cause for the delay. *Mann v. Am.Airlines* 324 F.3d 1088, 1090 n.2 (9th Cir. 2003). District courts have broad discretion to extend time for service under Rule 4(m) and the 120-day time period for service "operates not as an outer limit subject to reduction, but as an irreducible allowance." Factors such as prejudice to the defendant, actual notice of the lawsuit, and eventual service may be considered in determining whether to grant an extension. *Troxell v. Fedders of N. Am., Inc.,* 160F.3d 381, 383 (7th Cir. 1998). Good cause means a valid reason for delay. *Varela v. Velez*, 814 F.2d 821, 823 (1st Cir. 1987); *Hibernia Nat'l Bank v. Carner*, 758 F. Supp. 382, 386 (M.D. La. 1991); *see also* FED. R. CIV. P. 4 Committee Notes (1993 amendment); *Wilson v. Transworld Systems, Inc*., Case No. 5:00-CV-135-OC-10, 2000 WL 1310658 (MS. Fla Sept. 1, 2000 (extending time to serve complaint where good cause shown by plaintiff.)

As set forth in the attached Declaration of Julia Yoo, twenty of the twenty-one defendants have been served. Advanced Attorney Services has unsuccessfully attempted service of process on Defendant Gfrabel at one of her listed addresses. Kern Legal Services has also unsuccessfully attempted service of process on Defendant Gabel at her current home address. Accordingly, for the good cause shown, Plaintiffs seek a 60-day extension of time to serve process on Defendant Ellen Gabel by November 30, 2015. The parties will not be harmed or prejudiced if this Court grants the relief requested herein.

1   WHEREFORE, the Plaintiffs request that this Court enter an Order granting a 60-day extension of time to serve process on Defendant ELLEN GABEL through Monday, November 30, 2015.

                                            Respectfully submitted,

                                            IREDALE AND YOO, APC

Dated: September 30, 2015        s/ *Julia Yoo*
                                            EUGENE IREDALE
                                            JULIA YOO
                                            GRACE JUN
                                            *Attorneys for PLAINTIFFS*