OCT 01 2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,<br><br>Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO et al,<br><br>Defendant. | CASE NO. 14cv2170 WQH (BLM)<br><br>ORDER |

HAYES, Judge:

On September 30, Plaintiffs filed an Ex Parte Motion for a Sixty-Day Extension to Serve Process on Defendant Ellen Gabel. (ECF No. 140). Plaintiffs move to extend the time for service of process beyond the 120-day period described in Rule 4 of the Federal Rules of Civil Procedure on grounds that there is good cause for failure to serve defendant Ellen Gabel within the specified 120 days. In support of the Ex Parte Application, Plaintiffs submit the Declaration of Julia Yoo which reports Plaintiffs' numerous failed attempts to serve Defendant Ellen Gabel over the past several months. Plaintiff requests an additional 60 days to effectuate service of the Summons and Second Amended Complaint filed in this civil action.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the

plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The Court concludes that Plaintiffs have shown good cause for failing to serve Defendant Ellen Gabel. IT IS HEREBY ORDERED that the Ex Parte Motion for a Sixty-Day Extension to Serve Process on Defendant Ellen Gabel (ECF No. 140) is GRANTED. The Court extends time to serve Defendant Ellen Gabel to November 30, 2015. Plaintiffs must file proof of service with respect to Defendant Ellen Gabel on or before November 30, 2015, or this case will be dismissed without prejudice as to Defendant Ellen Gabel.

DATED: 10/1/15

WILLIAM Q. HAYES
United States District Judge