1  EUGENE G. IREDALE: SBN 75292
2  JULIA YOO:  SBN 231163
   GRACE JUN, SBN 287973
3  IREDALE & YOO, APC
   105 West F Street, Fourth Floor
4  San Diego, CA 92101-6036
5  TEL: (619) 233-1525   FAX: (619) 233-3221

6
7  R. STAN MORRIS
   CARTEE & MORRIS, LLC
8  2325 Henry Street
   Guntersville, AL 35976
9

10 Attorneys for Plaintiffs, the Estate of Bernard Victorianne, Bernard Victorianne II,
   and Zelda Victorianne
11

12              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
13                   **(Hon. William Q. Hayes)**
14

15 THE ESTATE OF BERNARD          )  CASE NO. 14-cv-02170-WQH-BLM
   VICTORIANNE by and through its )
16 successor-in-interest ZELDA     )
17 VICTORIANNE, BERNARD           )  **PLAINTIFFS' *EX PARTE* MOTION TO**
   VICTORIANNE II, and ZELDA      )  **EXECUTE SERVICE OF PROCESS**
18 VICTORIANNE,                    )  **ON DEFENDANT ELLEN GABEL BY**
19                                 )  **PUBLICATION AND FOR A 3-DAY**
20          Plaintiffs,            )  **EXTENTION TO SERVE PROCESS**
   v.                              )  **ON DEFENDANT ELLEN GABEL**
21                                 )
22 COUNTY OF SAN DIEGO,           )
   WILLIAM GORE, *et al*.,          )
23                                 )  **NO ORAL ARGUMENT UNLESS**
24                                 )  **REQUESTED BY THE COURT**
                                   )
25          Defendants.            )
                                   )
26 _____)

27

28

The Federal Rules of Civil Procedure permit service of process by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made. FRAP 4(e)(1).  California law provides for service of process by publication in the following circumstances:

> **(a)**  A summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article and that either:
>
> > **(1)**  A cause of action exists against the party upon whom service is to be made or he or she is a necessary or proper party to the action.
> > **(2)**  The party to be served has or claims an interest in real or personal property in this state that is subject to the jurisdiction of the court or the relief demanded in the action consists wholly or in part in excluding the party from any interest in the property. Cal Code Civ. Proc. § 415.50.

As set forth in the attached Declaration of Julia Yoo, twenty of the twenty-one defendants in the above captioned case have been served.  Advanced Attorney Services has attempted service of process on Defendant Ellen Gabel at her current address as listed by the California Medical Board.  Advanced Attorney Services made five attempts and was unsuccessful.  Kern Legal Services has also attempted service of process on Defendant Gabel at an address listed for her in Los Angeles. Kern Legal Services made nine attempts and was also unsuccessful.  On September 28, 2015, Plaintiffs mailed two Waiver of the Service of Summons forms (AO399), along with a copy of the Second Amended Complaint and a self addressed and postmarked envelope to Defendant Gabel at 18737 Rangeland Road, Ramona, California 92065.  Plaintiffs have received no response.  Plaintiffs have spoken with Ms. Lauren E. Hardisty, the attorney who represents the other doctors in the above captioned case—Defendant Zvjezdan Nuhic, Defendant Kenneth Richter, and Defendant Peter Huang.  Ms. Hardisty has stated that she will not represent Defendant Ellen Gabel.  Ms. Hardisty has checked with her insurance carrier and

Defendant Gabel is not covered.  Accordingly, for the good cause shown, Plaintiffs seek to serve Defendant Ellen Gabel by publication.

California Medical Board lists Defendant Ellen Gabel as currently living at 18737 Rangeland Road, Ramona, California 92065.  Defendant Ellen Gabel provided this address to the California Medical Board on September 30, 2014 when she renewed her California medical license.  The San Diego County All Physician Directory for 2016 also lists Dr. Ellen Gabel as a practicing physician who lives at 18737 Rangeland Road, Ramona, California, 92065.

The Court may "order the summons to be published in a named newspaper, published in this state, that is most likely to give actual notice to the party to be served….The order shall direct that a copy of the summons, the complaint, and the order for publication be forthwith mailed to the party if his or her address is ascertained before expiration of the time prescribed for publication of the summons."  Cal Code Civ Proc § 415.50.

The Ramona Sentinel publishes a newspaper every Thursday in Ramona, California.  The Ramona Sentinel will publish the Summons for Ellen Gabel for four consecutive Thursdays for approximately $300 or $350 total.  Plaintiffs hereby move the Court to permit service of process of Dr. Ellen Gabel by publication in the Ramona Sentinel for four consecutive Thursdays.  Plaintiffs may publish the summons in The Ramona Sentinel, the newspaper most likely to give notice to Defendant Gabel, for four consecutive Thursdays beginning on November 12, 2015.  The summons may be published on November 12, 2015; November 19, 2015; November 26, 2015; and December 3, 2015.

In light of the proposed dates of publication, Rule 4(m) permits a district court to grant an extension of time when the Plaintiff shows good cause for the delay. *Mann v. Am.Airlines* 324 F.3d 1088, 1090 n.2 (9th Cir. 2003).   District courts have broad discretion to extend time for service under Rule 4(m) and the 120-day time period for service "operates not as an outer limit subject to reduction,

1  but as an irreducible allowance." Factors such as prejudice to the defendant, actual

2  notice of the lawsuit, and eventual service may be considered in determining

3  whether to grant an extension. *Troxell v. Fedders of N. Am., Inc.,* 160F.3d 381,

4  383 (7ᵗʰ Cir. 1998).  Good cause means a valid reason for delay. *Varela v. Velez*,

5  814 F.2d 821, 823 (1st Cir. 1987); *Hibernia Nat'l Bank v. Carner*, 758 F. Supp.

6  382, 386 (M.D. La. 1991); *see also* FED. R. CIV. P. 4 Committee Notes (1993

7  amendment); *Wilson v. Transworld Systems, Inc*., Case No. 5:00-CV-135-OC-10,

8  2000 WL 1310658 (MS. Fla Sept. 1, 2000 (extending time to serve complaint

9  where good cause shown by plaintiff.)

10        As set forth in the attached Declaration of Julia Yoo, twenty of the twenty-

11  one defendants have been served.  Advanced Attorney Services and  Kern Legal

12  Services have unsuccessfully attempted service of process on Defendant Gabel a

13  total of fourteen times.  On September 28, 2015, Plaintiffs mailed two Waiver of

14  the Service of Summons forms (AO399), along with a copy of the Second

15  Amended Complaint and a self addressed and postmarked envelope to Defendant

16  Gabel at 18737 Rangeland Road, Ramona, California 92065.  Plaintiffs have

17  received no response.  Plaintiffs have spoken with Ms. Lauren E. Hardisty, the

18  attorney who represents the other doctors in the above captioned case—Defendant

19  Zvjezdan Nuhic, Defendant Kenneth Richter, and Defendant Peter Huang.  Ms.

20  Hardisty has stated that she will not represent Defendant Ellen Gabel.

21  Accordingly, for the good cause shown, Plaintiffs seek a 3-day extension of time to

22  serve process on Defendant Ellen Gabel by December 3, 2015, the last date of

23  publication in the Ramona sentinel.  The parties will not be harmed or prejudiced if

24  this Court grants the relief requested herein.

25        WHEREFORE, the Plaintiffs request that this Court enter an Order granting

26  a 3-day extension of time to serve process by publication on Defendant ELLEN

27  GABEL through Thursday, December 3, 2015.

28

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | IREDALE AND YOO, APC |
| 3 |   |   |
| 4 | Dated: October 30, 2015 | *s/ Julia Yoo* |
|   |   | EUGENE IREDALE |
| 5 |   | JULIA YOO |
| 6 |   | GRACE JUN |
|   |   | *Attorneys for PLAINTIFFS* |