**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,<br><br>　　　　　Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO *et al.*,<br><br>　　　　　Defendants. | CASE NO. 14-cv-02170-WQH-BLM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR A THIRTY-DAY EXTENSION TO SERVE PROCESS ON DEFENDANT ELLEN GABEL** |

　　Good cause appearing, **IT IS ORDERED** that pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs' motion for a thirty-day extension to serve process on Defendant Ellen Gabel is **GRANTED**. Plaintiffs shall serve Defendant Ellen Gabel on or before December 30, 2015.

Dated: November 30, 2015

　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　United States District Court