```
 1  LOTZ, DOGGETT & RAWERS, LLP
    JEFFREY S. DOGGETT, State Bar No. 147235
 2  LAUREN E. HARDISTY, State Bar No. 258531
    101 West Broadway, Suite 1110
 3  San Diego, California 92101
    Telephone (619) 233-5565
 4  Facsimile  (619) 233-5564

 5  Attorneys for Defendant, ZVJEZDAN
    NUHIC, M.D., KENNETH RICHTER, M.D.
 6  and PETER HUANG, M.D.

 7

 8              UNITED STATES DISTRICT COURT

 9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE by and through its successor-in-interest, ZELDA VICTORIANNE, BERNARD VICTORIANNE II, and ZELDA VICTORIANNE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, in his individual capacity; PATRICK GARDNER, an individual, LESLEE HALL, an individual, EDMUNDO GARCIA, an individual, LAUDENTE GALLEGOS, an individual, GUYNEMER ALMAZAN, an individual, DEPUTY FLORES, an individual, DEPUTY LIEN, an individual, KEITH RUSSELL, an individual, ARTHUR AYALA, an individual, KENNETH RICHTER, an individual PETER HUANG, an individual, ZVJEZDAN NUHIC, an individual, ELLEN GABEL, an individual, AILEEN LONGNO, an individual, REBECCA SIVILAY, an individual, CORAZON ROQUE, an individual, DEBORAH BELL, an individual, BRUCE LEICHT, an individual, EARL GOLDSTEIN, an individual, and DOES 1-50,<br><br>Defendants. | CASE NO.: 14-cv-2170-WQH (BLM)<br><br>**DEFENDANT, PETER HUANG, M.D.'S, NOTICE OF WITHDRAWAL; DOCKET NUMBER [154]**<br><br><u>Jury Trial Demanded</u><br><br>Judge:  Hon. William Q. Hayes |

CASE No: 14-cv-2170-WQH      DEFENDANT, PETER HUANG, M.D.'S NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Defendant, Peter Huang, M.D., hereby withdraws his Answer to Plaintiffs' Amended Complaint, Docket No. [154]. This document was inadvertently filed naming Plaintiff, Zelda Victorianne as a filer and no proof of service was attached. Dr. Huang's Answer to Plaintiffs' Second Amended Complaint was correctly filed as Docket No. [157].

DATED: February 17, 2016

LOTZ, DOGGETT & RAWERS, LLP

By: /s/
LAUREN E. HARDISTY, ESQ.
Attorneys for Defendant, PETER HUANG, M.D.