UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE ESTATE OF BERNARD VICTORIANNE, et al., <br><br>Plaintiffs, <br>v. <br><br>COUNTY OF SAN DIEGO, et al., <br><br>Defendants. | Case No.:  14cv2170-WQH(BLM) <br><br>**ORDER GRANTING IN PART JOINT MOTION FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE** <br><br>**[ECF No. 163]** |
|---|---|

On April 20, 2016, the parties filed a "JOINT MOTION FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE." ECF No. 163. The parties seek to continue the Mandatory Settlement Conference ("MSC") currently scheduled for May 2, 2016 to June 23, 2016. Id. at 2. In support, the parties state that "Plaintiffs' counsel has a mediation scheduled for May 2, 2016 in the case of *Francisco Bates et al. v. Metropolitan Interpreters and Translators, Inc.*, case no. 12-CV-0460-JM-MDD, and is expected to last for eight (8) hours." Id. In further support, the parties state that "the insurance carrier for Defendants Nuhic, Richter and Huang will not have an opportunity to review this case until June of 2016." Id.

1  Good cause appearing, the parties' motion is **GRANTED IN PART**.  The MSC currently
2 scheduled for May 2, 2016 is hereby **CONTINUED** to **July 1, 2016** at **9:30 a.m.** No later than
3 **June 21, 2016**, the parties shall submit directly to Magistrate Judge Major's chambers (via
4 hand delivery or email address) confidential settlement statements no more than ten (10) pages
5 in length.  All other guidelines and requirements pertaining to the previously scheduled MSC
6 remain in effect.  See ECF No. 161.

7  **IT IS SO ORDERED**.

8 Dated: 4/25/2016

*[signature]*
Hon. Barbara L. Major
United States Magistrate Judge