1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   THE ESTATE OF BERNARD VICTORIANNE, et          Case No.:  14cv2170-WQH(BLM)
     al.,

12                              Plaintiffs,          **ORDER GRANTING  (1) EX PARTE
     v.                                              MOTION TO EXCUSE THE APPEARANCE
13                                                   OF DR. GABEL FROM MANDATORY
     COUNTY OF SAN DIEGO, et al.,                    SETTLEMENT CONFERENCE, (2) EX
14                              Defendants.          PARTE MOTION TO EXCUSE
                                                     DEFENDANTS FROM PERSONAL
15                                                   ATTENDANCE AT THE MANDATORY
                                                     SETTLEMENT CONFERENCE, AND (3)
16                                                   UNOPPOSED EX PARTE MOTION TO
                                                     EXCUSE PETER HUANG, M.D. FROM
17                                                   PERSONAL ATTENDANCE AT THE
                                                     MANDATORY SETTLEMENT
18                                                   CONFERENCE**

19                                                   **[ECF Nos. 166 & 167 & 168]**

20

21         On June 21, 2016, Defendant Ellen Gabel filed an "*EX PARTE* APPLICATION FOR AN

22   ORDER EXCUSING DEFENDANT ELLEN GABEL, M.D.'S FROM PERSONALLY APPEARING AT THE

23   MANDATORY SETTLEMENT CONFERENCE." ECF No. 166.  Defendant Gabel seeks to be excused

                                           1

from the Mandatory Settlement Conference ("MSC") currently scheduled for July 1, 2016 or in the alternative, an order continuing the MSC to a later date.  Id. at 3.  In support, Defendant Gabel states that (1) she lives in New Zealand and cannot arrive in the United States by July 1, 2016, (2) the unexpected travel will cause undue financial hardship and an extraordinary time commitment, (3) her clinical practice will suffer, (4) she is not prepared to actively participate in the MSC as she only answered on May 2, 2016, and (5) her consent is not required to settle the instant matter as she was an employee of the UC San Diego Health System at all relevant times and the individuals who do have settlement authority will be present.  Id. at 2-3; see also ECF No. 166-1, Declaration of Matthew R. Souther in Support at 1-3.

On June 22, 2016, Defendants Guynemer Almazan, Arthur Ayala, Deborah Bell, Ernesto Flores, Laudente Gallegos, Edmundo Garcia, William Gore, Leslee Hall, Bruce Leicht, Tony Lien, Ailene Longno, Corazon Roque, Keith Russell, and Rebecca Sivilay filed an "EX PARTE MOTION TO EXCUSE DEFENDANTS FROM PERSONAL ATTENDANCE AT THE MANDATORY SETTLEMENT CONFERENCE."  ECF No. 167.  Defendants Almazan, Ayala, Bell, Flores, Gallegos, Garcia, Gore, Hall, Leicht, Lien, Longno, Roque, Russell, and Sivilay seek to be excused from the July 1 2016 MSC.  Id. at 2.  In support, Defendants state that (1) they do not have the authority to negotiate or settle this lawsuit, (2) they have already provided documentation about the relevant circumstances of the case, (3) Defendant Gore had no personal interaction with Mr. Victorianne or knowledge about his incarceration, and (4) their absence will not impede settlement discussions with the County of San Diego.  Id.  In further support, Defendants state that "Earl Goldstein, M.D., retired Medical Director of the Sheriff Department's Medical Services Division, and Lt. Pat Gardner who was assigned to the Sheriff's investigatory Homicide Division will attend the settlement conference [along with] Ricky R. Sanchez, Senior Deputy County Counsel, and a

Claims Representative for the County of San Diego." Id. Defendants note that counsel for Plaintiffs and Defendants Gabel, Huang, Nuhic, and Richter do not object to this request. Id. at 2-3.

On June 23, 2016, Defendant Peter Huang, M.D. filed an "UNOPPOSED EX PARTE MOTION TO EXCUSE PETER HUANG, M.D. FROM PERSONAL ATTENDANCE AT THE MANDATORY SETTLEMENT CONFERENCE." ECF No. 168. Defendant Huang seeks an order from the Court excusing his personal attendance at the July 1, 2016 MSC. Id. at 2. In support, Dr. Huang states that he and his wife are currently expecting their first child and that his wife is due to deliver that child on or near July 1, 2016. Id. Because Dr. Huang resides in Morgan Hill, California, traveling to attend the MSC "will either result in him missing the birth of his child or leaving his wife alone with their new baby." Id. In further support, Defendant Huang notes that counsel for the other parties to this action have no objection to his request. Id.

Having reviewed Defendants' unopposed *ex parte* requests and having found good cause, the Court **GRANTS** the requests. Defendants Gabel, Almazan, Ayala, Bell, Flores, Gallegos, Garcia, Gore, Hall, Leicht, Lien, Longno, Roque, Russell, Sivilay, and Huang are excused from personally attending the July 1, 2016 MSC.

**IT IS SO ORDERED**.

Dated: 6/23/2016

Hon. Barbara L. Major
United States Magistrate Judge