THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By. RICKY R. SANCHEZ, Senior Deputy (SBN 107559)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4874
Fax: (619) 531-6005
E-mail: ricky.sanchez@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Guynemer Almazan, Arthur Ayala, Ernesto Flores, Laudente Gallegos, Edmundo Garcia, Patrick Gardner, Leslee Hall, Tony Lien, Keith Russell, Earl Goldstein, M.D., Bruce Leicht, Deborah Bell, Aileen Longno, Corazon Roque, and Rebecca Sivilay

EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

R. STAN MORRIS
CARTEE & MORRIS, LLAC
2325 Henry Street
Guntersville, AL 35976

Attorneys for Estate of Bernard Victorianne, III deceased, by his successor in interest Zelda Victorianne, Zelda Victorianne, individually, and Bernard Victorianne, Jr., individually

Robert W. Frank, SBN 95392
Matthew R. Souther, SBN 227910
Joanna Ryan Shipee, SBN 282553
NEIL, DYMOTT, FRANK, MCFALL, TREXLER MCCABE & HUDSON, APC
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
Telephone: (619) 238-1712
Fax: (619) 238-1562

Attorneys for Defendant Ellen Gabel, M.D.

JEFFREY S. DOGGETT, State Bar No. 147235
LAUREN E. HARDISTY, State Bar No. 258531
LOTZ, DOGGETT & RAWERS, LLP
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone: (619) 233-5565
Fax: (619) 233-5564

Attorneys for Defendants, Zvjezdan Nuhic, M.D., Kenneth Richter, M.D. and Peter Huang, M.D.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE, III by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE, JR. and ZELDA VICTORIANNE,<br><br>    Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>    Defendants. | No. 14-cv-2170-WQH (BLM)<br><br>JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[FRCP 41(a)] |

The parties through their respective attorneys stipulate and jointly move the court for an order providing as follows:

1) That this action, in its entirety, as to all defendants and parties be dismissed with prejudice;

2) That the plaintiffs waive any and all claims to attorneys' fees and costs and shall bear their own attorneys' fees and costs in this action; and

3) This dismissal with prejudice shall not operate as a bar, waiver, or prejudice the right of the County of San Diego to seek indemnification or contribution to which it may be entitled under any contract with or release from any person or entity.

DATED: September 15, 2016

IREDALE AND YOO, APC
CARTEE & MORRIS, LLAC

By: s/JULIA YOO, Esq.,
Attorneys for Estate of Bernard Victorianne, III deceased, by his successor in interest Zelda Victorianne, Zelda Victorianne, individually, and Bernard Victorianne, Jr., individually

DATED: September 15, 2016

THOMAS E. MONTGOMERY, County Counsel

By: s/RICKY R. SANCHEZ, Senior Deputy
Attorneys for Defendants County of San Diego, William Gore, Guynemer Almazan, Arthur Ayala, Ernesto Flores, Laudente Gallegos, Edmundo Garcia, Patrick Gardner, Leslee Hall, Tony Lien, Keith Russell, Earl Goldstein, M.D., Bruce Leicht, Deborah Bell, Aileen Longno, Corazon Roque, and Rebecca Sivilay

DATED: September 15, 2016

LOTZ, DOGGETT & RAWERS, LLP

By: s/JEFFREYS DOGGET, Esq.
Attorneys for Defendants, Zvjezdan Nuhic, M.D., Kenneth Richter, M.D. and Peter Huang, M.D.

DATED: September 15, 2016

NEIL, DYMOTT, FRANK, MCFALL, TREXLER MCCABE & HUDSON, APC

By: s/MATTHEW SOUTHER, Esq.
Attorneys for Defendant Ellen Gabel, M.D.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED: September 15, 2016          THOMAS E. MONTGOMERY, County Counsel

By: s/RICKY R. SANCHEZ, Senior Deputy
Attorneys for Defendants County of San Diego, William Gore, Guynemer Almazan, Arthur Ayala, Ernesto Flores, Laudente Gallegos, Edmundo Garcia, Patrick Gardner, Leslee Hall, Tony Lien, Keith Russell, Earl Goldstein, M.D., Bruce Leicht, Deborah Bell, Aileen Longno, Corazon Roque, and Rebecca Sivilay