```
 1  EUGENE G. IREDALE: SBN 75292
    JULIA YOO:  SBN 231163
 2  GRACE JUN, SBN 287973
 3  IREDALE & YOO, APC
    105 West F Street, Fourth Floor
 4  San Diego, CA 92101-6036
 5  TEL: (619) 233-1525   FAX: (619) 233-3221

 6
    R. STAN MORRIS
 7  CARTEE & MORRIS, LLC
 8  2325 Henry Street
    Guntersville, AL 35976
 9

10  Attorneys for Plaintiffs

11
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. William Q. Hayes)

| | |
|---|---|
| THE ESTATE OF BERNARD VICTORIANNE III by and through its successor-in-interest ZELDA VICTORIANNE, BERNARD VICTORIANNE Jr., and ZELDA VICTORIANNE,<br><br>　　　　Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, *et al.*,<br><br>　　　　Defendants. | CASE NO. 14-cv-02170-WQH-BLM<br><br>**DECLARATION OF JULIA YOO IN SUPPORT OF PLAINTIFFS' COMPLIANCE WITH DOCUMENT DISPOSAL** |

1  I, JULIA YOO, being duly sworn, hereby declare:

2      1. I am an attorney at the law firm Iredale and Yoo, APC, licensed to practice
3  in the State of California. We represent all plaintiffs in the above-referenced case.
4  I make the following declaration based on my personal knowledge and, if called
5  upon as a witness, I could and would competently testify thereto.

6      2. Plaintiffs' counsel has destroyed all confidential documents pursuant to
7  paragraph 11 of the protective order.

8      I declare under penalty of perjury that the foregoing is true and correct.
9  Executed this 15th day of September 2016 in San Diego, California.

                                          _____
                                          JULIA YOO
                                          Attorney for Plaintiffs